# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D22-0332
LT Case No. 2019-CF-001492-A

_____

DOROTHY BALL-MCDUFFIE,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Citrus County.
Richard A. Howard, Judge.

Mathew J. Metz, Public Defender, and Betty Wyatt, Assistant
Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Alyssa M.
Williams, Assistant Attorney General, Daytona Beach, for
Appellee.

October 10 , 2023

PER CURIAM.

    AFFIRMED.

JAY, EISNAUGLE, and KILBANE, JJ., concur.

————————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————————